## GENERAL FINANCE CORP. *v.* ARCHETTO.

No. 705.   Decided April 16, 1962.

*Aram K. Berberian* for appellant.

*J. Joseph Nugent,* Attorney General of Rhode Island, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.

MR. JUSTICE FRANKFURTER and MR. JUSTICE WHITE took no part in the consideration or decision of this case.

## BROWN *v.* KETCH.

No. 751.   Decided April 16, 1962.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER and MR. JUSTICE WHITE took no part in the consideration or decision of this case.